1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Terry Filliman, State Bar No. 50494
   Marleen L. Sacks, State Bar No. 161388
3  Pablo A. Tagre, State Bar No. 237075
   2485 Natomas Park Drive, Suite 240
4  Sacramento, California 95833
   Telephone: (916) 923-1200
5  Facsimile: (916) 923-1222

6  Attorneys for Defendants
   JULIE SETZER, JAKE CHATTERS, EDWARD
7  POLLARD and DENNIS JONES

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 JAMES LOCKE,<br><br>12             Plaintiff,<br><br>13 vs.<br><br>14 JULIE SETZER, JAKE CHATTERS,<br>EDWARD POLLARD and DENNIS JONES,<br>15<br>             Defendants.<br>16 | CASE NO.: 2:08-CV-00737-JAM-GGH<br><br>**STIPULATION TO EXTEND TIME FOR FILING JOINT STATUS REPORT (RULE 25(F))**<br><br>JUDGE:  Hon. John A. Mendez<br><br>DATE:     July 9, 2008<br>TIME:      9:00 a.m.<br>ROOM:    6<br>FLOOR:   14th |

17

18    The parties are required to file a Joint Status Report by June 9, 2008 pursuant to
19 Rule 25(f).
20    The parties jointly stipulate and agree, with the Court's permission, to an extension of
21 time to file the Joint Status Report pursuant to Federal Rule 25(f) until July 23, 2008.
22    The Defendants believe the filing of such Report would be premature to a ruling on
23 Defendant's pending Motion to Dismiss or place in abeyance.
24    **IT IS SO STIPULATED:**
25 Date: June 9, 2008                    LAW OFFICE OF STEWART KATZ
26
27                                       /s/_____
                                         Stewart Katz, Esq.,
28                                       Attorneys for Plaintiff

- 1 -
005840.00014/100112v1
**STIPULATION TO EXTEND TIME FOR FILING JOINT STATUS REPORT (RULE 25(F))**

PDF created with pdfFactory trial version www.pdffactory.com

1  Date: June 9, 2008                    ATKINSON, ANDELSON, LOYA,
                                          RUUD & ROMO

                                          /s/
                                          Terry Filliman, Esq.,
                                          Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Date:  June 10, 2008           _____
                                          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          UNITED STATES DISTRICT JUDGE